UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LYDELL WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-09-234 |
| | § | |
| RONALD FERRELL, *et al*, | § | |
| | § | |
| Defendants. | § | |

### MEMORANDUM OPINION AND ORDER DENYING MOTION FOR APPOINTMENT OF EXPERT WITNESS

Pending is plaintiff's motion for appointment of an expert (D.E. 38). Plaintiff's *ifp* status does not entitle him to appointment of an expert "merely to help him prove his claim." *Hannah v. U.S.*, 523 F.3d 597, 600 (5th Cir. 2008); *Pedraza v. Jones*, 71 F.3d 194, 196 (5th Cir. 1995). The motion (D.E. 38) is denied. Plaintiff is free to hire an expert witness.

ORDERED this 14th day of October, 2010.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE